AO 10
Rev. 1/2015

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2015

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Norton, David C. | U.S. District Court | 06/27/2016 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Court Judge | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2015<br>to<br>12/31/2015 |

**7. Chambers or Office Address**

P.O. Box 835
Charleston, SC 29402

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Co-Trustee | Trust (Trust #1) |
| 2. | Trustee | Article 5 Trust |
| 3. | Trustee | Article 6 Trust |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Norton, David C. | 06/27/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2015 | Web MD - Editorial Stipend |
| 2. | 2015 | Private Consulting |
| 3. | 2015 | Medical Director, Life Point of SC |
| 4. | 2015 | Newberry Pathology Associates - Autopsy Services |
| 5. | 2015 | Springer Publishing - Book Royalties |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | South Carolina Association for Justice | 08/06/2015-08/08/2015 | Hilton Head Island, SC | Educational seminar or program | Transportation, lodging & food. |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Norton, David C. | 06/27/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑  NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑  NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Norton, David C. | 06/27/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. AES Corp | | None | J | T | | | | | |
| 2. AFLAC Inc | A | Dividend | M | T | | | | | |
| 3. Alcoa Inc | A | Dividend | J | T | | | | | |
| 4. Allianz Life Valuemark III | A | Dividend | K | T | | | | | |
| 5. Altria Group | A | Dividend | J | T | | | | | |
| 6. American Europacific GRW A | A | Dividend | K | T | Buy | 06/16/15 | K | | |
| 7. American Express Co | A | Dividend | J | T | | | | | |
| 8. Amgen Inc | A | Dividend | K | T | | | | | |
| 9. AT&T Inc #1 | A | Dividend | J | T | | | | | |
| 10. AT&T Inc #2 | A | Dividend | J | T | | | | | |
| 11. AT&T Inc #3 | A | Dividend | K | T | | | | | |
| 12. Bank of America | A | Dividend | J | T | | | | | |
| 13. Bank of America | A | Dividend | K | T | | | | | |
| 14. Bank of New York Mellon Corp | A | Dividend | J | T | | | | | |
| 15. Berkshire Hathaway Inc Cl B | | None | K | T | | | | | |
| 16. Blackhawk Network Hldgs Inc | | None | J | T | | | | | |
| 17. BP PLC ADS | B | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Norton, David C. | 06/27/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Bristol Myers Squibb | A | Dividend | K | T | | | | | |
| 19. American Cap Wrld Gr & Inc A #1 | B | Dividend | L | T | | | | | |
| 20. American Cap Wrld Gr & Inc A #2 | B | Dividend | K | T | | | | | |
| 21. American Cap Wrld Gr & Inc A #3 | B | Dividend | L | T | | | | | |
| 22. American Cap Wrld Gr & Inc A #4 | A | Dividend | K | T | | | | | |
| 23. Chemours Co | A | Dividend | J | T | Spinoff (from line 24) | 07/10/15 | J | | |
| 24. Chevron Corp #1 | B | Dividend | K | T | | | | | |
| 25. Chevron Corp #2 | A | Dividend | K | T | | | | | |
| 26. Chevron Corp #3 | B | Dividend | K | T | | | | | |
| 27. Cisco Sys Inc | A | Dividend | J | T | | | | | |
| 28. Citibank Deposit Program #1 | A | Interest | J | T | | | | | |
| 29. Citibank Deposit Program #2 | A | Interest | K | T | | | | | |
| 30. Citibank Deposit Program #3 | A | Interest | K | T | | | | | |
| 31. Citigroup Inc | A | Dividend | J | T | | | | | |
| 32. Clearbridge Aggressive Gwth C | A | Dividend | L | T | | | | | |
| 33. Coca-Cola Co | A | Dividend | K | T | | | | | |
| 34. Comcast Corp CL A #1 | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Norton, David C. | 06/27/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Comcast Corp CL A #2 | A | Dividend | J | T | | | | | |
| 36. CSX Corp | B | Dividend | K | T | | | | | |
| 37. Walt Disney Co #1 | A | Dividend | J | T | | | | | |
| 38. Walt Disney Co #2 | A | Dividend | K | T | | | | | |
| 39. Walt Disney Co #3 | A | Dividend | K | T | | | | | |
| 40. Dover | A | Dividend | K | T | | | | | |
| 41. Dow Chemical #1 | A | Dividend | J | T | | | | | |
| 42. Dow Chemical #2 | A | Dividend | J | T | | | | | |
| 43. Duke Energy | A | Dividend | J | T | | | | | |
| 44. DuPont EI De NeMours & Co | A | Dividend | K | T | | | | | |
| 45. EV SC Muni Income A | A | Interest | N | T | | | | | |
| 46. Eli Lilly & Co #1 | A | Dividend | L | T | Sold (part) | 02/04/15 | J | A | |
| 47. Eli Lilly & Co #2 | A | Dividend | J | T | | | | | |
| 48. Emerson Electric | A | Dividend | K | T | | | | | |
| 49. Energy Transfer Partners LP #1 | | None | K | T | | | | | |
| 50. Energy Transfer Partners LP #2 | | None | K | T | | | | | |
| 51. Exxon Mobil Corp #1 | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Norton, David C. | 06/27/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Exxon Mobil Corp #2 | B | Dividend | K | T | | | | | |
| 53. South State Bank | C | Interest | O | T | | | | | |
| 54. General Electric Co #1 | B | Dividend | K | T | | | | | |
| 55. General Electric Co #2 | A | Dividend | K | T | | | | | |
| 56. General Electric Co #3 | B | Dividend | L | T | Sold (part) | 02/04/15 | J | A | |
| 57. Goldman Sachs Group Inc | A | Dividend | J | T | | | | | |
| 58. American Gr Fd of America A #1 | A | Dividend | L | T | | | | | |
| 59. American Gr Fd of America A #2 | C | Dividend | L | T | | | | | |
| 60. American Gr Fd of America A #3 | A | Dividend | L | T | | | | | |
| 61. Guided Therapuetics Inc | | None | J | T | | | | | |
| 62. Halyard Health Inc | | None | J | T | | | | | |
| 63. Hartford Financial Services Grp | A | Dividend | J | T | | | | | |
| 64. Hartford Capital Appreciation Fund (IRA) | A | Dividend | N | T | | | | | |
| 65. Hewlett Packard Enterprise | A | Dividend | J | T | | | | | |
| 66. Home Depot Inc | B | Dividend | K | T | | | | | |
| 67. Honeywell Intl Inc | A | Dividend | K | T | | | | | |
| 68. IBM | C | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Norton, David C. | 06/27/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐   NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Intel (IRA) #1 | A | Dividend | L | T | | | | | |
| 70. Intel #2 | A | Dividend | K | T | | | | | |
| 71. Johnson & Johnson | A | Dividend | J | T | | | | | |
| 72. Kimberly Clark | A | Dividend | J | T | | | | | |
| 73. Knowles Corporation | | None | J | T | | | | | |
| 74. Kraft Foods Inc CL A | A | Dividend | J | T | | | | | |
| 75. Lincoln National Corp | A | Dividend | K | T | | | | | |
| 76. Linciln National American Legacy II | A | Dividend | O | T | | | | | |
| 77. Lincoln American Legacy View | A | Dividend | N | T | | | | | |
| 78. MFS South Carolina Muni Bond CL A | A | Interest | L | T | | | | | |
| 79. Mass Mutual Life Ins (MML Equity Fund Portfolio) | A | Dividend | J | T | | | | | |
| 80. McDonalds Corp | A | Dividend | K | T | | | | | |
| 81. Merck & Co Inc New | A | Dividend | J | T | | | | | |
| 82. Metlife Portfolioaccess | A | Dividend | M | T | | | | | |
| 83. Metlife Marquis Portfolios VA | A | Dividend | N | T | | | | | |
| 84. Microsoft Corp | A | Dividend | J | T | | | | | |
| 85. Mondelez Intl Inc Com | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Norton, David C. | 06/27/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. JP Morgan Chase & Co | A | Dividend | J | T | | | | | |
| 87. Motorola Solutions Inc | A | Dividend | J | T | | | | | |
| 88. 3M Company A | A | Dividend | K | T | | | | | |
| 89. Nokia Corp | A | Dividend | J | T | | | | | |
| 90. Norfolk Southern | C | Dividend | M | T | | | | | |
| 91. North Carolina Rental Property 100% Transylvania County, NC | A | Rent | P1 | W | | | | | |
| 92. Paragon Life Fixed Fund | A | Dividend | J | T | | | | | |
| 93. Pepsico Inc | A | Dividend | J | T | | | | | |
| 94. Pfizer Inc #1 | A | Dividend | J | T | | | | | |
| 95. Pfizer Inc #2 | A | Dividend | K | T | | | | | |
| 96. Phillip Morris Intl Inc | A | Dividend | J | T | | | | | |
| 97. Proctor & Gamble #1 | A | Dividend | K | T | | | | | |
| 98. Proctor & Gamble #2 | B | Dividend | K | T | | | | | |
| 99. Putnam Tax Smart FDS Equity FD Cl B | A | Dividend | M | T | | | | | |
| 100. Safeway Inc New | | None | J | T | | | | | |
| 101. SCANA Corp New | B | Dividend | K | T | | | | | |
| 102. South Street Corp Com #1 | B | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Norton, David C. | 06/27/2016 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. South Street Corp Com #2 | C | Dividend | N | T | | | | | |
| 104. South Street Corp Com #3 | A | Dividend | M | T | | | | | |
| 105. South Carolina State Deferred Comp Plan | A | Dividend | L | T | | | | | |
| 106. South Carolina State Retirement Plan | B | Dividend | M | T | | | | | |
| 107. Suntrust Banks Inc | C | Dividend | M | T | | | | | |
| 108. Synovus Financial Corp | A | Dividend | J | T | Sold (part) | 02/04/15 | J | A | |
| 109. Texas Instruments Inc | A | Dividend | K | T | | | | | |
| 110. Time Inc | A | Dividend | J | T | Spinoff (from line 111) | 06/09/15 | J | | |
| 111. Time Warner Inc New | A | Dividend | J | T | | | | | |
| 112. Total System Services Inc | A | Dividend | K | T | | | | | |
| 113. Travelers Companies Inc | A | Dividend | K | T | | | | | |
| 114. Unit First Trust Dow Target 10 May 2014 | A | Dividend | | | Matured | 06/09/15 | K | | |
| 115. Verizon Communications #1 | A | Dividend | J | T | | | | | |
| 116. Verizon Communications #2 | A | Dividend | J | T | | | | | |
| 117. American WA Mutual A #1 | B | Dividend | M | T | | | | | |
| 118. American WA Mutual A #2 | B | Dividend | L | T | | | | | |
| 119. American WA Mutual A #3 | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Norton, David C. | 06/27/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Wells Fargo & Co New #1 | A | Dividend | J | T | | | | | |
| 121. Wells Fargo & Co New #2 | A | Dividend | K | T | | | | | |
| 122. WMI Hldgs Corp | | None | J | T | | | | | |
| 123. Zimmer Biomet Holdings Inc | A | Dividend | J | T | | | | | |
| 124. Trust #1 - Royal Dutch Shell | A | Dividend | L | T | | | | | |
| 125. Trust #1 - Allegheny Energy | A | Dividend | K | T | | | | | |
| 126. Trust #1 - Idearc | A | Int./Div. | J | T | | | | | |
| 127. Trust #1 - Eli Lily | A | Dividend | K | T | | | | | |
| 128. Trust #1 - Pepco Holdings Inc | A | Dividend | J | T | | | | | |
| 129. Trust #1 - Lain Farm, Johnson County, Indiana | E | Rent | P1 | W | | | | | |
| 130. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Norton, David C. | 06/27/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Explanations for Part VII. Investments and Trusts

1. The rental property listed in Part VII, line 91 is located in Translyvania County, North Carolina, USA.

2. Trust # 1consist of :   Royal Dutch Shell      value L

   Allegheny Energy      value K

   Idearc      value J

   Eli Lily      value K

   Pepco Holdings Inc    value J

   Lain Farm      value cost R    Annual Rental Income E  (This property was purchased in 1981 and is located outside the city limits in Johnson County, Indiana, USA.Life Valuemark II

3. Line 44. - E.I. DuPont Co name modified to DuPont E. I. DeMours & Co.

4. Line 76 - Lincoln National Legacy II name modified to Lincoln National American Legacy II.

5. Line 852 -Metlife TVL Metlife Portfolioaccess name modified to Metlife Portfolioaccess.

6. Article 5 Trust consist of lines: 11,13,21,23,24,31,36,44,46,49,52,56,59,68,87,90,102 & 121.

7. Article 6 Trust consist of lines:
3,5,7,8,10,12,14-16,20,26,27,33,35,39,42,43,45,51,55,57,62,63,65-67,70-72,74,78,80,81,84-86,89,93,94,96,97,109-111,113,116,117,120 &122.

8. Lines 100 - Safeway listed value as J however asset has zero market value but not yet removed from financial report per broker.

9. Lines 101- SCANA Corp name modified to SCANA Corp New.

10. Line  115-116 - Verizon name modified to Verizon Communications.

11. Line 123 - Zimmer Holdings Inc. name modified to Zimmer Biomet Holdongs Inc.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ David C. Norton**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544